**Exhibit A to the Complaint**

**Location:** Grand Rapids, MI  
**Total Works Infringed:** 22  
**IP Address:** 98.243.61.45  
**ISP:** Comcast Cable

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 1 | 4A9EA24C2A9EC5D1AE5F2CBBA2C197EB621BE95A | Tushy | 09/29/2018 02:15:22 | 07/30/2018 | 09/01/2018 | PA0002119590 |
| 2 | 0055B788E96EAA3B5D4A4142C2DF5337045FFD4D | Vixen | 07/14/2018 03:32:50 | 07/13/2018 | 08/07/2018 | PA0002131906 |
| 3 | 051A52EFFAA41578BB5F4F7EDE4827997D21BC4C | Vixen | 08/16/2018 03:12:48 | 07/23/2018 | 09/01/2018 | 16920689213 |
| 4 | 06A0AA871C38B22364679C407392C4C580DAB699 | Vixen | 07/04/2018 01:26:47 | 05/19/2018 | 07/14/2018 | PA0002128156 |
| 5 | 11D54A7CCCA1FC5ABAFE9A7172F39ABF4882F687 | Vixen | 09/07/2018 02:50:33 | 09/01/2018 | 11/01/2018 | 17094105581 |
| 6 | 1E79012EA790BB16A1AA00268C5E8C5898F28C57 | Vixen | 06/29/2018 02:11:52 | 06/18/2018 | 07/14/2018 | PA0002128072 |
| 7 | 500B63B48695E508DABCCE0BC2760EA43C961115 | Vixen | 09/16/2018 16:13:51 | 09/14/2018 | 11/01/2018 | 17094105331 |
| 8 | 62C92B416712660F3575F3789860DFDB90A1A4C2 | Vixen | 06/30/2018 16:40:58 | 03/20/2018 | 04/12/2018 | PA0002091523 |
| 9 | 6F163C383995F829D551524573789A6FEC5C22D5 | Vixen | 06/30/2018 02:46:07 | 06/03/2018 | 07/09/2018 | PA0002109331 |
| 10 | 7187921EA9FCD6A45613346F742B048B53088923 | Tushy | 09/20/2018 02:32:51 | 09/18/2018 | 10/16/2018 | PA0002127779 |
| 11 | 88CC37185550B7F47C66918862B844C8056F3C00 | Tushy | 07/06/2018 00:58:01 | 07/05/2018 | 08/07/2018 | PA0002132399 |
| 12 | 8F914AD5D985A4614B945A9CBAEA70996038A99E | Vixen | 07/06/2018 00:48:05 | 07/03/2018 | 07/26/2018 | PA0002112153 |
| 13 | 910E6B21D780F252568DD395226B05C2E41215D0 | Vixen | 09/13/2018 02:06:03 | 09/11/2018 | 10/16/2018 | PA0002127780 |
| 14 | A1D049D475923190FF3A7134A0D2B9F10D62914B | Vixen | 09/27/2018 02:39:33 | 09/26/2018 | 10/16/2018 | PA0002127776 |
| 15 | A7D8E54FCF615F5675572AF2E5F6B353CC2DE331 | Tushy | 09/07/2018 02:52:49 | 08/24/2018 | 11/01/2018 | 17094105531 |
| 16 | A93D128460BD58723BF227F061B37EDBF17079EE | Vixen | 08/24/2018 00:53:41 | 08/22/2018 | 09/01/2018 | 16920689331 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 17 | B80966EB25CE62DA272DA719ED0EFEF0C671D237 | Vixen | 09/15/2018 15:01:27 | 09/06/2018 | 11/01/2018 | 17093718131 |
| 18 | CFEBC9AE50CD5776401B39FF5FF280EB18AED998 | Vixen | 08/26/2018 18:59:37 | 05/14/2018 | 06/19/2018 | PA0002126499 |
| 19 | EA3A1459FD63ECD6B26644B90833EB3BD0C7E235 | Vixen | 06/29/2018 01:37:44 | 06/13/2018 | 07/14/2018 | PA0002128389 |
| 20 | EFDB886D8D69B8D7CC31153066C52424FA716283 | Vixen | 06/29/2018 01:15:21 | 06/23/2018 | 07/26/2018 | PA0002112155 |
| 21 | F6CE08796E7200EA0845FF9313369CF337C207BF | Vixen | 08/06/2018 02:26:50 | 07/28/2018 | 09/01/2018 | PA0002119572 |
| 22 | FFB59D7B851B2FAC080AAAD07215FDA138C5D5B9 | Vixen | 08/19/2018 18:50:03 | 08/07/2018 | 09/01/2018 | 16920624128 |